[No. 6,906.]
# CEREGHINO v. FINOCHIO.

CERTIORARI—JURISDICTION.

APPLICATION by the defendant, in the original suit, for a writ of *certiorari* to the Superior Court of San Francisco, to review a judgment of the Nineteenth District Court, City and County of San Francisco.

The affidavit, in effect, alleges as follows:

The action was to dissolve a partnership, and final judgment was entered on the 16th day of May, 1873, and the property sold and proceeds divided in pursuance thereof. January 26th, 1877, an *ex parte* order was made, on motion of the plaintiff, referring the case to the Court Commissioner for the purpose of taking an account between the parties; and the Commissioner reported that the defendant Finochio, between the 7th and 22nd days of May, sold vegetables of the net value of $413, and that the plaintiff was entitled to one-half of that sum.

The report was presented, and judgment entered, (of date July 18th, 1878) in the absence of defendants, or their attorneys, and without notice. The defendant Finochio, (plaintiff in this proceeding) moved the District Court, and, the motion

being refused, afterward the Superior Court, to vacate judgment; and, being again refused, applied for this writ.

In bank, by the COURT:

In this cause there has been no excess of jurisdiction by the Court below, and the action of that Court can be reviewed on appeal. (Code Civ. Proc. § 1068.)

The application is therefore denied.